GAIL F. MONTGOMERY, SB# 134309      JS-6
E-Mail: gmont@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
650 East Hospitality Lane
Suite 600
San Bernardino, California 92408
Telephone: (909) 387-1130
Facsimile: (909) 387-1138

Attorneys for Defendant TAPOUT, LLC

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHELLE THOMAS, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TAPOUT, LLC, and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. EDCV09-0284 VAP (JTLx)<br><br>**ORDER OF DISMISSAL** |

**ORDER**

The parties having stipulated and good cause appearing,

IT IS ORDERED that this entire action be and hereby is dismissed without prejudice to the rights of putative class member except as to Plaintiff Michelle Thomas, with all parties to bear their own costs and attorneys' fees .

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated: June 23, 2009

_____
Honorable Virginia A. Phillips
United States District Judge



4853-1124-2243.1

-1-

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**